**Bertram Norman McELHINEY, Jr., Plaintiff–Appellant,**

v.

**Alvin William KELLER, Jr., Secretary; Robert C. Lewis, Director of Prisons; Tate, Lieutenant; Allen, Lieutenant; Yelton, Correctional Officer, Defendants–Appellees.**

No. 13–8018.

United States Court of Appeals, Fourth Circuit.

Submitted: April 24, 2014.

Decided: April 28, 2014.

Bertram Norman McElhiney, Jr., Appellant Pro Se.

Before NIEMEYER, SHEDD, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bertram Norman McElhiney, Jr., appeals the district court's order denying

relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *McElhiney v. Keller,* No. 1:12–cv–00037–RJC, 2013 WL 6237983 (W.D.N.C. Dec. 3, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*